# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| IDA DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:20-cv-02674-JPM-tmp |
| v. ) | |
| ) | |
| CONCORDE CAREER COLLEGES, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice (ECF No. 11), and the Court having entered an Order of Dismissal Without Prejudice (ECF No. 12),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, this action is hereby DISMISSED WITHOUT PREJUDICE.

**APPROVED:**

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT COURT JUDGE

October 16, 2020
Date